HOWARD ROSENFELD, an Infant, by BENJAMIN ROSENFELD, His Guardian ad Litem, et al., Appellants, *v.* G. X. MATTHEWS COMPANY, INC., Respondent, Impleaded with Others.

Argued March 6, 1940; decided April 9, 1940.

*Robert Hyman* for appellants.

*Clarence E. Mellen* and *William Butler* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and LEWIS, JJ. Dissenting: RIPPEY and CONWAY, JJ.